UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GERARD EICHBAUER,

    Plaintiff,                         No. 16-11404

v.                                        District Judge Gershwin A. Drain
                                            Magistrate Judge R. Steven Whalen

HENRY FORD HEALTH SYSTEM,
ET AL.,

    Defendants.
_____/

## ORDER

For the reasons and under the terms stated on the record on April 11, 2017, Plaintiff's motion to compel discovery [Doc. #23] is GRANTED IN PART AND DENIED IN PART.

Defendants shall provide responses to Interrogatories Nos. 12, 13, and 14, but with the following limitations:

(1) "Medical personnel" means providers of medical services who have direct patient contact at Henry Ford Hospital's main campus and the four ambulatory centers where Plaintiff worked, who were so employed from January, 2013 to the present, and who are above the pay grade of Nurse but below the pay grade of physician.

(2) Names, Social Security Numbers, and other personal identifying information shall be redacted.

IT IS SO ORDERED.

                                                        s/R. Steven Whalen
                                                        R. STEVEN WHALEN
                                                        UNITED STATES MAGISTRATE JUDGE

Dated: May 5, 2017

**CERTIFICATE OF SERVICE**

  I hereby certify on May 5, 2017, that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants.

              s/Carolyn Ciesla
              Case Manager to
              Magistrate Judge R. Steven Whalen